Andrea M. Champion, Esq.
Nevada State Bar No.13461
Tracy M. O'Steen, Esq.
Nevada State Bar No. 10949
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: achampion@championlawvegas.com
Email: tosteen@championlawvegas.com

*Attorneys for Defendant Thor Motor Coach, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRA MADDOX, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THOR MOTOR COACH, INC., a Foreign Corporation; BLUE COMPASS RV, a Foreign Limited Liability Company; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, <br><br> Defendants. | CASE NO.: 3:25-cv-00206-MMD-CSD <br><br> **STIPULATION TO EXTEND SELECT DEADLINES SET BY THE ORDER SETTING CASE MANAGEMENT CONFERENCE BY THIRTY (30) DAYS [ECF No. 13] AND TO VACATE CASE MANAGEMENT CONFERENCE** <br><br> **(Second Request)** |

In accordance with LR IA 6-1 and 6-2, Plaintiff Terra Maddox and Defendants Thor Motor Coach, Inc. and Blue Compass, LLC (collectively referred to as the "Parties") hereby stipulate and agree, by and through their undersigned counsel of record, to extend the following deadlines set by the Order Setting Case Management Conference (ECF No. 13) by thirty (30) calendar days and to vacate the Case Management Conference scheduled for July 1, 2025:

| Current Deadline | Description | Proposed New Deadline |
|---|---|---|
| June 24, 2025 By 4:00 p.m. | Deadline for Parties to file a Joint Case Management Report pursuant to the *Order Setting Case Management Conference* (ECF No. 13). | July 24, 2025 By 4:00 p.m. |
| June 24 2025 | Deadline for Parties to file a Discovery Plan and Scheduling Order pursuant to the *Order Setting Case Management Conference* (ECF No. 13). | July 24, 2025 |

1

As grounds for this Stipulation, the Parties state as follows:

1. In accordance with the Court's Order Setting Case Management Conference (ECF No. 13), counsel for all Parties conferred by videoconference on May 12, 2025, to discuss case management, including the potential for settlement.

2. The Parties' settlement discussions continued over several weeks, and the Parties have now reached a settlement in principle. The Parties anticipate completing the settlement documents and filing a Stipulation for Dismissal with the Court within the next thirty (30) days.

3. As a result, the Parties agree, subject to the Court's approval, that the pending deadlines listed above may be extended thirty (30) days to enable the Parties to finalize settlement documents and dismiss the pending case, and that the Case Management Conference scheduled for July 1, 2025, be vacated.

Accordingly, the Parties stipulate and agree, subject to the Court's approval pursuant to Paragraph 1 of the Order Setting Case Management Conference, that (1) the pending deadlines listed above be extended thirty (30) days from the current deadlines and (2) the Case Management Conference scheduled for July 1, 2025 be vacated.

**IT IS HEREBY STIPULATED.**

DATED this 24th day of June, 2025.   **SNELL & WILMER, LLP**

/s/ Sarah B. Lee, Esq.
_____
William E. Peterson (NV Bar No. 1528)
Sarah B. Lee (NV Bar No. 15586)
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
wpeterson@swlaw.com
sblee@swlaw.com
*Attorneys for Plaintiff Terra Maddox*

DATED this 24th day of June, 2025.   **CHAMPION LOVELOCK LAW**

/s/ Tracy M. O'Steen, Esq.
_____
Andrea M. Champion (NV Bar No. 13461)
Tracy M. O'Steen (NV Bar No. 10949)
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
*Attorneys for Defendant Thor Motor Coach, Inc.*

DATED this 24th day of June, 2025.

**BOWMAN AND BROOKE LLP**

*/s/ Jessica E. Brown, Esq.*
_____
Jessica E. Brown (NV Bar No. 14487)
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
jessica.brown@bowmanandbrooke.com

Mario D. Valencia (Bar No. 6154)
**MARIO D. VALENCIA**
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
valencia.mario@gmail.com

*Attorneys for Defendant Blue Compass RV*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 24, 2025

3