Andrea M. Champion, Esq.
Nevada State Bar No.13461
Tracy M. O'Steen, Esq.
Nevada State Bar No. 10949
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: achampion@championlawvegas.com
Email: tosteen@championlawvegas.com

*Attorneys for Defendant Thor Motor Coach, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRA MADDOX, an individual, | CASE NO.: 3:25-cv-00206-MMD-CSD |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND SELECT DEADLINES SET BY THE ORDER SETTING CASE MANAGEMENT CONFERENCE BY NINETY (90) DAYS [ECF No. 13] DUE TO SETTLEMENT** |
| THOR MOTOR COACH, INC., a Foreign Corporation; BLUE COMPASS RV, a Foreign Limited Liability Company; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | **(Third Request)** |

In accordance with LR IA 6-1 and 6-2, Plaintiff Terra Maddox and Defendants Thor Motor Coach, Inc. and Blue Compass RV (collectively referred to as the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to further extend the following deadlines set by the Order Setting Case Management Conference (ECF No. 13) by ninety (90) calendar days (the "Stipulation").

| Current Deadline | Description | Proposed New Deadline |
|---|---|---|
| July 24, 2025 By 4:00 p.m. | Deadline for Parties to file a Joint Case Management Report pursuant to the *Order Setting Case Management Conference* (ECF No. 13). | October 22, 2025 By 4:00 p.m. |
| July 24 2025 | Deadline for Parties to file a Discovery Plan and Scheduling Order pursuant to the *Order Setting Case Management Conference* (ECF No. 13). | October 22, 2025 |

1

As grounds for this Stipulation, the Parties state as follows:

1.     The Parties recently reached a full settlement and executed settlement documents that provide for a monetary payment to be made within the next 60-days, followed by a voluntary dismissal of this action with prejudice.

2.     As a result, the Parties agree, subject to the Court's approval, that the pending deadlines listed above be extended ninety (90) days to accommodate the payment schedule related to the settlement, and provide sufficient time for this matter to be dismissed following receipt of the same.

Accordingly, the Parties stipulate and agree, subject to the Court's approval pursuant to Paragraph 1 of the Order Setting Case Management Conference (ECF No. 13), that the pending deadlines listed above be extended ninety (90) days from the current deadlines.

**IT IS HEREBY STIPULATED.**

DATED this 16th day of July, 2025.          **SNELL & WILMER, LLP**

/s/ *Sarah B. Lee, Esq.*
William E. Peterson (NV Bar No. 1528)
Sarah B. Lee (NV Bar No. 15586)
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
wpeterson@swlaw.com
sblee@swlaw.com
*Attorneys for Plaintiff Terra Maddox*

DATED this 16th day of July, 2025.          **CHAMPION LOVELOCK LAW**

/s/ *Tracy M. O'Steen, Esq.*
Andrea M. Champion (NV Bar No. 13461)
Tracy M. O'Steen (NV Bar No. 10949)
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
*Attorneys for Defendant Thor Motor Coach, Inc.*

1 | DATED this 16th day of July, 2025.

**BOWMAN AND BROOKE LLP**

*/s/ Jessica E. Brown, Esq.*
Jessica E. Brown (NV Bar No. 14487)
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
jessica.brown@bowmanandbrooke.com

Mario D. Valencia (Bar No. 6154)
**MARIO D. VALENCIA**
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
valencia.mario@gmail.com
*Attorneys for Defendant Blue Compass RV*

**IT IS SO ORDERED:**

_____

UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2025

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

3