William E. Peterson (NV Bar No. 1528)
Sarah B. Lee (NV Bar No. 15586)
SNELL & WILMER L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 785-5440
Facsimile:  (775) 785-5441
Email: wpeterson@swlaw.com
       sblee@swlaw.com

*Attorneys for Plaintiff Terra Maddox*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRA MADDOX, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THOR MOTOR COACH, INC., a Foreign Corporation; BLUE COMPASS RV, a Foreign Limited Liability Company; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-00206-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the settlement reached between the parties, Plaintiff Terra Maddox and Defendants Thor Motor Coach, Inc. and RV Retailer Reno, LLC d/b/a Blue Compass RV (collectively referred to as the "Parties") hereby stipulate and agree, by and through their undersigned counsel of record, that this matter be dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs except otherwise provided by the Parties' settlement agreement.

**IT IS HEREBY STIPULATED.**

DATED this 24th day of September, 2025.

SNELL & WILMER, LLP

 /s/ Sarah B. Lee
William E. Peterson (NV Bar No. 1528)
Sarah B. Lee (NV Bar No. 15586)
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
wpeterson@swlaw.com
sblee@swlaw.com

*Attorneys for Plaintiff Terra Maddox*

4938-1058-1864

DATED this 24th day of September, 2025.

**CHAMPION LOVELOCK LAW**

 /s/ Tracy M. O'Steen
Andrea M. Champion (NV Bar No. 13461)
Tracy M. O'Steen (NV Bar No. 10949)
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119

*Attorneys for Defendant Thor Motor Coach, Inc.*

DATED this 24th day of September, 2025.

**BOWMAN AND BROOKE LLP**

 /s/ Jessica E. Brown
Jessica E. Brown (NV Bar No. 14487)
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
jessica.brown@bowmanandbrooke.com

Mario D. Valencia (Bar No. 6154)
**MARIO D. VALENCIA**
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
valencia.mario@gmail.com

*Attorneys for Defendant RV Retailer Reno, LLC d/b/a Blue Compass RV*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 25, 2025

- 2 -

4938-1058-1864